No. 80–1429.   YOUNGBERG, SUPERINTENDENT, PENNHURST STATE SCHOOL AND HOSPITAL, ET AL. *v.* ROMEO, AN INCOMPETENT, BY HIS MOTHER AND NEXT FRIEND, ROMEO. C. A. 3d Cir.   [Certiorari granted, 451 U. S. 982.]   Motion of Lowell P. Weicker, Jr., et al. for leave to file *amici curiae* brief out of time denied.

No. 80–1765.   AMERICAN SOCIETY OF MECHANICAL ENGINEERS, INC. *v.* HYDROLEVEL CORP.   C. A. 2d Cir.   [Certiorari granted, 452 U. S. 937.]   Motion of Stephen G. Glatzer to reconsider denial of leave to file a brief as *amicus curiae* denied.

No. 80–1798.   WOELKE & ROMERO FRAMING, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.;

No. 80–1808.   PACIFIC NORTHWEST CHAPTER OF THE ASSOCIATED BUILDERS & CONTRACTORS, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.; and

No. 81–91.   OREGON-COLUMBIA CHAPTER, ASSOCIATED GENERAL CONTRACTORS OF AMERICA, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.   C. A. 9th Cir.   [Certiorari granted, *ante,* p. 814.]   Motion of Georgia Power Co. for leave to file a brief as *amicus curiae* granted.

No. 80–2100.   ROGERS ET AL. *v.* LODGE ET AL.   C. A. 5th Cir.   [Probable jurisdiction noted, *ante,* p. 811.]   Motions of Center for Constitutional Rights et al., Lawyers' Committee for Civil Rights Under Law, Georgia Association of Black Elected Officials et al., and NAACP Legal Defense and Educational Fund, Inc., et al. for leave to file briefs as *amici curiae* granted.

No. 80–2178.   TOLL, PRESIDENT, UNIVERSITY OF MARYLAND, ET AL. *v.* MORENO ET AL.   C. A. 4th Cir.   [Certiorari granted, *ante,* p. 815.]   Motion of petitioners for additional time for oral argument denied.   Motion of petitioners for divided argument denied.